SPAULDING, Administratrix, Respondent, vs. EASTMAN and another, Appellants.

For the appellants Robert Eastman: *Fisher & Fisher* of Janesville; Western Casualty & Surety Company: *Nolan, Dougherty, Grubb & Ryan* of Janesville.

For the respondent: *Jeffris, Mouat, Oestreich, Wood & Cunningham* of Janesville.

*By the Court.*—Judgment affirmed.